UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JULIA TAYLOR,<br><br>              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social SECURITY,<br><br>              Defendant. | Case No.: 23CV1040-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 9]** |

On June 5, 2023, Plaintiff filed a complaint seeking review of the Commissioner's decision to deny Plaintiff's application for Social Security Disability Insurance and Supplemental Security Income benefits for lack of disability.  ECF No. 1 at 1.

On July 28, 2023, the parties filed a Joint Motion for Voluntary Remand.  ECF No. 9.  The parties seek to have the matter remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g).  Id. at 1.  In support, the parties state that "[u]pon remand, the Commissioner will further develop the record as additionally needed, offer Plaintiff the opportunity for a new hearing, and issue a new decision."  Id. at 2.

Based upon the parties' Joint Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the

terms of the motion to remand.  The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: 7/31/2023

Hon. Barbara L. Major
United States Magistrate Judge