UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JULIA TAYLOR,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 23CV1040-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[ECF NO. 12]** |

　　　　On June 5, 2023, Plaintiff filed a complaint in this matter seeking judicial review of the denial of "[P]laintiff's application for Social Security Disability Insurance and Supplemental Security Income benefits for lack of disability." ECF No. 1 at 1.

　　　　On July 31, 2023, the Court issued an Order Granting Parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. §405(g). ECF No. 10.

　　　　On October 27, 2023, the parties filed a Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act. ECF No. 12.

　　　　The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." Akopyan v. Barnhart, 296 F.3d 852, 854 (9th

Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. See Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorneys' fees." Akopyan, 296 F.3d at 854. Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Having considered the joint motion and finding the stipulated amount of fees and expenses reasonable, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of $776.32 as authorized by 28 U.S.C. § 2412 and costs in the total amount of $402.00 under 28 U.S.C. §1920, subject to the terms of the parties' joint motion [see ECF No. 12]. Fees will be made payable to Christine Julia Taylor, but if the Department of the Treasury determines that Christine Julia Taylor does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to Plaintiff's counsel, Jonathan O. Peña, Peña & Bromberg, PLC, 2440 Tulare St., Ste. 320 Fresno, CA 93721, pursuant to the assignment executed by Christine Julia Taylor.[1]

**IT IS SO ORDERED**.

Dated: 10/30/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] Plaintiff's counsel states that Plaintiff executed an assignment, however, Plaintiff's counsel failed to include of copy of the assignment with the instant motion. ECF No. 12 at 2; see also Docket.